UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14004-T/P-MOORE/LYNCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GEORGE MASHKOW, III,

    Defendant.

_____/



FILED by _____ D.C.
DEC 1 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### REPORT AND RECOMMENDATION ON PETITION FOR VIOLATION OF SUPERVISED RELEASE [D.E. #2]

**THIS CAUSE** having come on to be heard for a hearing in respect to the Petition dated November 28, 2006, alleging four violations of supervised release and this Court having conducted a hearing on December 13, 2006, recommends to the District Court as follows:

1. At the outset of the hearing, the government announced that it was dismissing the second violation listed in the Petition which alleged that the Defendant was arrested for aggravated battery on September 23, 2006.

2. The Defendant then announced he was admitting Violations 1, 3 and 4 as set forth on page 2 of the Petition. This Court reviewed each of those violations with the Defendant and he admitted each violation separately. Those violations are listed as follows:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On November 6, 2006, the offender admitted, in writing, to having smoked marijuana on or about October 31, 2006. A urinalysis specimen collected on November 6, 2006, tested positive for marijuana in our local laboratory. The sample has been sent to Scientific Laboratories, Inc. for confirmation. |

**Violation Number 3**   **Violation of Mandatory Condition**, by failing to satisfy the court-ordered restitution. On July 23, 2004, restitution in the amount of $243,000 was ordered by the court, to be paid at the direction of the U.S. Probation Officer. On August 11, 2005, the defendant executed a financial obligation agreement agreeing to make payments of $200 per month commencing September 1, 2005. To date he has failed to comply with the agreement and is currently four (4) months in arrears, in the amount of $800.

**Violation Number 4**   **Violation of Standard Condition**, by failing to submit a truthful and complete written report within the first five (5) days of each month. The defendant's monthly supervision reports for July 2006 and September 2006 were submitted thirty days delinquent.

3. Based upon this Court's inquiry of the Defendant, this Court finds that the Defendant has freely and voluntarily admitted those three violations. The Defendant is aware of his right to require the government to prove these violations at a hearing and that by admitting these violations he is waiving or giving up his rights to that hearing. Further, the Defendant has not been made any promises in exchange for admitting these violations. Finally, the Defendant understands that all that will remain will be for Judge Moore to conduct a sentencing hearing in this case.

4. This Court was informed by the Clerk of Court that Judge Moore was setting a final hearing in this matter for January 3, 2007. Both the government and the Defendant wish to proceed with a sentencing hearing as soon as possible before Judge Moore. Therefore, this Court directed counsel for the parties to contact Judge Moore's Chambers to make certain that the January 3, 2007 date can now be used for a sentencing hearing based upon the Defendant's admission to the three violations listed herein.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant be found to have violated his supervised release by admitting Violations 1, 3 and 4 of the Petition previously set forth herein and that the matter proceed to a sentencing hearing at the District Court's earliest convenience.

The parties shall have ten (10) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, United States District Judge assigned to this case.

**DONE AND SUBMITTED** this ___13th___ day of December, 2006, at Fort Pierce, Northern Division of the Southern District of Florida.

_____
FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. K. Michael Moore
AUSA Corey Steinberg
AFPD Lori Barrist
U. S. Probation
U. S. Marshal