UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14004-TP-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

GEORGE MASHKOW, III

    Defendant(s).
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on violation of supervised release, issued December 13, 2006 [9]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued December 13, 2006 is hereby **ADOPTED**. The defendant George Mashkow is hereby adjudicated guilty of the offenses charged.

DONE AND ORDERED in Chambers, at Miami, Florida, this 4th day of January, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:
All counsel and pro se parties of record