UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-14004-TP-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),
vs.

**GEORGE MASHKOW, III**

       Defendant(s).
_____/

## ORDER REVOKING SUPERVISED RELEASE

THIS CAUSE came before the Court for hearing on January 3, 2007 on a violation of supervised release.

The Court having considered the record and having heard argument of counsel, it is

ORDERED AND ADJUDGED that the Defendant's sentence of supervised release is hereby **REVOKED,** and the Defendant is committed to the custody of the Bureau of Prisons for a term of NINE (9) MONTHS. The Court would recommend confinement at FCC Coleman. This term of imprisonment is to be followed by a term of Supervised Release for a term of TWENTY SEVEN (27) MONTHS.

While on supervised release, the defendant shall not commit another federal, state or local crime, shall be prohibited from possessing a firearm or other dangerous device, and shall not possess a controlled substance. In addition, he shall comply with the standard conditions of supervised release that have been adopted by this Court, and shall comply with the following special condition:

The defendant shall participate in an approved treatment program for drug and/or alcohol abuse and for mental health and/or anger management and abide by all supplemental conditions of treatment. Participation may include inpatient/outpatient treatment. The defendant will

contribute to the costs of services rendered (co-payment) based on ability to pay or availability of third party payment.

DONE AND ORDERED in Chambers, at Miami, Florida, this 5th day of January, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies furnished to:

All counsel and pro se parties of record