PROB 19a

SD/FL PACTS No. 70983

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>06-14004-T/P-MOORE</u>

U.S.A. vs George Mashkaw III

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

FILED BY _____ D.C.
2007 JAN 10 PM 1:48
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - WPB

| WARRANT FOR ARREST OF SUPERVISED RELEASEE | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court. | | | |
| NAME OF SUPERVISED RELEASEE<br>George Mashkow III | SEX<br>M | RACE<br>W | AGE<br>22 |
| ADDRESS (STREET, CITY, STATE)<br>882 George Street, Sebastian, FL 32958 | | | |
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>U.S. District Court Eastern District of New York | | DATE IMPOSED<br>July 23, 2004 | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U.S. District Court Southern District of Florida, Ft. Pierce | | | |
| CLERK<br>Clarence Maddox | (BY) DEPUTY CLERK | | DATE<br>12/6/06 |

| RETURN | | |
|---|---|---|
| Warrant received and executed. | DATE RECEIVED<br>12/11/2006 | DATE EXECUTED<br>12/12/2006 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br><u>UNITED STATES MARSHALS SERVICE</u><br>701 CLEMATIS STREET, SUITE #215<br>WEST PALM BEACH, FL  33401 | | 2006 DEC 12 AM 9:05<br>RECEIVED<br>UNITED STATES MARSHAL<br>SOUTHERN DISTRICT OF FLORIDA<br>WPB OFF. |
| NAME   CHRISTINA PHARO<br>        U S MARSHAL    S/D FLORIDA | (BY)<br>GLEN WILNER, SDUSM | DATE<br>1/9/2007 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for _Southern_ District of _Florida_;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."